UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16 CR 528 AGF |
| ZACHARY SMITH, | ) |
| Defendant. | ) |

### DETENTION ORDER

This action came before the court on December 16, 2016, on the motion of the United States (ECF No. 32) that defendant ZACHARY SMITH be detained until trial, under the Bail Reform Act of 1984, 18 U.S.C. § 3142.

During the detention hearing defendant Smith through counsel and personally voluntarily waived his right to a detention hearing, knowing that a detention order would be issued, subject to reconsideration upon motion of the defendant.

Upon this record, the court finds and concludes that the release of defendant ZACHARY SMITH upon his own recognizance, an unsecured appearance bond, or any condition or combination of conditions of release will not reasonably protect the community and will not reasonably assure the court that he will appear in court when required.  18 U.S.C. § 3142(b), (c).

Whereupon,

**IT IS HEREBY ORDERED** that the motion of the United States for the pretrial detention of defendant ZACHARY SMITH (ECF No. 4) **is sustained**.  Defendant is committed to the custody of the United States Marshals Service until further order.  This detention order will be reconsidered upon motion of the defendant.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting trial, serving sentences, or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on December 19, 2016.