

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Violent Crime Unit*

---

| | | |
|---|---|---|
| *Cristian M. Stevens* | *Thomas Eagleton U.S. Courthouse* | OFFICE:  314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | DIRECT:  314-539-7651 |
| | *St. Louis, MO  63102* | cris.stevens@usdoj.gov |

December 27, 2016

<u>**VIA U.S. MAIL &**</u>
<u>**ELECTRONIC SERVICE**</u>

Travis L. Noble, Jr.
Counsel for Defendant Beckman
8000 Maryland Ave., Suite 350
Clayton, MO 63105

N. Scott Rosenblum
Counsel for Defendant Blake Laubinger
120 S. Central Ave., Suite 130
Clayton, MO 63105

Patrick S. Kilgore
Counsel for Defendant Caleb Laubinger
1015 Locust, Suite 914
St. Louis, MO 63101

Paul J. D'Agrosa
Counsel for Defendant Roades
7710 Carondelet, Suite 200
Clayton, MO 63105

John P. Rogers
Counsel for Defendant Smith
120 S. Central Ave., Suite 130
Clayton, MO 63105

In re:   <u>United States v. Todd Beckman, et al.</u>
        Cause No. 4:16CR528 AGF (PLC)

Dear Counsel:

As you are aware, your clients were indicted by the Federal Grand Jury on December 14, 2016, for events which began at an unknown time, up to and including November 21, 2016, through November 23, 2016, and continuing thereafter to the date of the indictment, at 7553 Woodland Avenue, 410 Cypress Drive, 905 Gregory, and other locations within the Eastern District of Missouri.  In order to assist you in the determination of any relevant pretrial motions to be filed in this case, please be aware of the following information:

1. <u>DISCOVERY</u> - The Government agrees to provide you with all relevant material within the purview of Federal Rule of Criminal Procedure 16.

December 27, 2016
Page 2

      2.    ELECTRONIC SURVEILLANCE – The Government did not utilize electronic surveillance in the investigation underlying the charges set forth in the indictment.

      3.    CONFIDENTIAL INFORMANTS – The Government did not utilize a confidential informant in the course of the investigation of this matter.

      4.    JENCKS MATERIAL - The Government agrees to make all Jencks material available no later than the Friday preceding trial, conditioned upon the defendants' agreement to produce simultaneously statements of the defendants' witnesses.

      5.    GRAND JURY TRANSCRIPTS - The Government agrees to produce, and make available for inspection, all Grand Jury transcripts to the extent they constitute Jencks material.

      6.    OTHER CRIMES EVIDENCE - The Government agrees to advise the defendants of its intention to use evidence of other crimes during its case-in-chief. The Government agrees to make this disclosure prior to the trial of this cause.

      7.    STATEMENTS OF DEFENDANT –The Government is aware of post-arrest statements made by the defendants. Documents disclosing the substance of those statements are attached hereto.

      8.    IDENTIFICATION OF DEFENDANT - The Government is aware of identifications of the defendants. Documents disclosing the substance of those identifications are attached.

      9.    PHYSICAL EVIDENCE - The Government possesses items of physical evidence seized from the defendants. These items are available for inspection upon request.

      10.    FAVORABLE EVIDENCE - The Government agrees to furnish any and all favorable evidence to the defendants if and when its existence becomes known to the Government.

For your convenience, please find attached discovery materials bates-numbered 1 to 158.

If you need any further specific information regarding the above matters, or any other matters, that will prevent the filing and litigation of any unnecessary pretrial motions, please do not hesitate to call me.

In order to avoid the need for filing motions pursuant to Federal Rules of Criminal Procedure 12.1(a), 16 and 26.2, the Government requests that:

      A.    Each defendant provide the United States a written notice of the defendant's intention to offer a defense of alibi, stating the specific place or places at which the defendant

claims to have been at the time of the alleged offense and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi;

      B.   Each defendant provide the United States, or permit the United States to inspect and copy or photograph, books, papers, documents, photographs, tangible objects, or copies thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial;

      C.   Each defendant provide the United States, or permit the United States to inspect and copy or photograph, any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to his testimony;

      D.   Each defendant provide the United States a written summary of testimony the defendant intends to use under Rules 702, 703 and 705 of the Federal Rules of Evidence as evidence at trial.  This summary must describe the opinions of the witnesses, the bases and reasons therefor and the witnesses' qualifications;

      E.   Each defendant provide to the United States all statements of any defense witness that are in the defendant's possession and that relate to the subject matter to which the witness will testify.

The Government requests that it receive the information regarding alibi requested in Section A no later than the date of the pretrial motion hearing.  The Government also requests that each defendant provide all information specified in Section E no later than noon on the Friday preceding trial to eliminate any delay in the trial of this cause.

I would appreciate a written response prior to any pretrial motion hearing to determine whether I will have to file formal requests for a court order to enforce discovery compliance.  I thank you in advance for your anticipated cooperation.

      Very truly yours,

      RICHARD G. CALLAHAN
      United States Attorney

      s/ *Cristian M. Stevens*
      BY:   CRISTIAN M. STEVENS
      Assistant United States Attorney

encls.

cc: Clerk, United States District Court (w/o encls.)