UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-528-2 AGF (PLC) |
| | ) |
| BLAKE LAUBINGER, | ) |
| | ) |
| Defendant. | ) |

**FIRST MOTION TO CONTINUE TRIAL**

COMES NOW Defendant, Blake Laubinger, by and through counsel, and hereby moves this Court to continue the trial presently scheduled for August 7, 2017 for a period of forty-five (45) days. In support of this motion, Defendant states as follows:

1. Defendant is charged with alleged violations of title 18 U.S.C. § 1201(a) and § 924(c)

2. Counsel and the government continue to discuss potential agreed upon resolutions in this matter.

3. Counsel anticipates this process will take at least several more weeks.

4. Defendant files the instant motion to obtain additional time prior to trial to continue these efforts and further explore the possibility of a plea agreement that would obviate the need for trial.

5. For the above reasons, Defendant files the instant motion.

6. For these same reasons, the instant motion is necessary to provide counsel for the "defendant...the reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, "the ends of justice served by [granting this motion] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

7. Defendant, through counsel, has discussed this mater with Assistant United States Attorney John Davis.  Mr. Davis does not object to Defendant's request.

8. Defendant will file a waiver of his rights under Title 18 U.S.C. § 3161 et seq., no later than July 28, 2017.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the trial presently scheduled for August 7, 2017 for a period of forty-five (45) days.

    Respectfully submitted,

    ROSENBLUM, SCHWARTZ & FRY, PC

By:    /S/ Marc Johnson
    MARC JOHNSON, #58065 MO
    Attorney for Defendant
    120 S. Central Avenue, Suite 130
    Clayton, Missouri 63105
    (314) 862-4332/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, Assistant United States Attorney.