UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-CR-528-AGF-PLC |
| | ) |
| ZACHARY SMITH, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE SEALED MOTION**

COMES NOW Defendant, Zachary Smith, by and through counsel, and hereby moves the Court for an order for leave to file a sealed motion. In support hereof, Defendant states as follows:

1. The Motion contains information that is of a private and sensitive character that should not be made available to the public.

2. The Court has authority to grant the relief requested herein under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83-13.5(B)(2).

3. Defendant, through counsel, has discussed this matter with Assistant United States Attorney John T. Davis, and the Government does not object to the filing of this motion under seal.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting him leave to file a sealed motion in this matter, and for such other and further relief that the Court deems just and proper.

Dated: August 24, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROGERS SEVASTIANOS & BANTE, LLP


　　　　　　　　　　　　　　By:　　/s/ John P. Rogers
　　　　　　　　　　　　　　　　　JOHN P. ROGERS, #38743MO
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　120 S. Central Avenue, Suite 160
　　　　　　　　　　　　　　　　　Clayton, Missouri 63105
　　　　　　　　　　　　　　　　　(314) 354-8484
　　　　　　　　　　　　　　　　　Facsimile 354-8271
　　　　　　　　　　　　　　　　　jrogers@rsblawfirm.com

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on August 24, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorneys John T. Davis, Stephen R. Casey, Cristian M. Stevens, and Julia M. Wright.

　　　　　　　　　　　　　　　　　　/s/ John P. Rogers