UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
Courtroom Minute Sheet - Chambers

**Date** 10/20/2017   **Judge** AUDREY G. FLEISSIG   **No.** 4:16-CR-00528-AGF

<u>UNITED STATES OF AMERICA v. TODD BECKMAN, et al.</u>

Court Reporter _____   Deputy Clerk   <u>Sara Armbrecht</u>

Attorneys for Plaintiffs   <u>Stephen R. Casey</u>
<u>John T. Davis</u>

Attorneys for Defendants   <u>Paul J. D'Agrosa</u>
<u>Marc Johnson</u>
<u>Patrick S. Kilgore</u>
<u>Grant Boyd</u>

☐ **Sealed Proceeding**   ☐ **On Record**   X **Off Record**

<u>Criminal:</u>
☐ Initial Appearance
☐ Bond Review
☐ Motion Hearing
☐ Status Conference
☐ Refusal of a Search Warrant
☐ Ex Parte Orders
  (not captured elsewhere)
X Other

<u>Civil:</u>
☐ Rule 16 Conference
☐ Non-Final Pretrial Conference
☐ Status Conference
☐ Motion Hearing
☐ Settlement Conference
☐ Final Pretrial Conference
☐ Instruction Conference
☐ Telephone Conference
☐ _____

Parties present for telephone conference regarding upcoming trial setting. Parties were advised that trial will likely begin on November 20, 2017. Counsel are directed to call Chambers to schedule Change of Plea hearings as soon as possible if their client intends to enter into a plea.

RULING: GRANTED_____; DENIED_____; OTHER_____

Proceeding commenced 10:30 AM    Proceeding concluded 10:40 AM

Next hearing date/time _____    Type of Hearing _____